IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

PATRICK SHANE JOHNSON
_____/

**INDICTMENT**

1:25CR31 AW/ML

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 27, 2025, in the Northern District of Florida, the defendant,

**PATRICK SHANE JOHNSON,**

by force and violence, or intimidation, did knowingly take from the person or presence of employees of Wells Fargo Bank, United States currency belonging to and in the care, custody, control, management, and possession of the bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

On or about August 27, 2025, in the Northern District of Florida, the defendant,

**PATRICK SHANE JOHNSON,**

did take and carry away with intent to steal and purloin United States currency, of a value exceeding $1,000, belonging to and in the care, custody, control, management and possession of Wells Fargo, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(b) and 2.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

## PATRICK SHANE JOHNSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

      i.    cannot be located upon the exercise of due diligence;

      ii.   has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Redacted

FOREPERSON

11/17/2025
DATE

*[signature]*
JOHN P. HEEKIN
United States Attorney

*[signature]*
CHRISTIE S. UTT
Assistant United States Attorney